# CASES IN CHANCERY.

## PLUMLEY *v.* PLUMLEY.

A. conveyed lands to B., in trust for the use of M. P., wife of J. P., during her life, and after her death to the use of the children of said J. P. and M. P. The trustee died. J. P. and M. P. exhibited their bill, praying that a new trustee be appointed; making the children of the complainants, only, defendants.

*Held*, on demurrer, that the heirs at law of the trustee should have been made parties.

Leave was given to amend by adding parties.

On the 27th June, 1850, John Plumley, and Mary, his wife, exhibited their bill, stating that, by deed dated January 1, 1819, John Philips, junior, for the consideration of $50, to him paid or secured by Hannah Hart, conveyed to the said Hannah Hart, in trust for the use of Mary Plumley, wife of said John Plumley, during her life, and to her heirs after her decease, share and share alike, and to their heirs and assignees forever, a certain lot of land (describing it) to have and to hold unto the said Hannah Hart for the uses and purposes aforesaid.

That on the 1st April, 1830, Thomas R. Taylor and Susan, his wife, by deed of that date, for the consideration expressed of $100, conveyed to the said Hannah Hart and her heirs and assigns, the lot of land (describing it), in trust, to the use of John Plumley and Mary his wife, and the survivors of them, for and during their natural lives, and, after the decease of such survivor, to the use of the said John and Mary, their heirs and assigns forever.

That said Hannah Hart accepted and acted upon the said trusts until her decease; and that she died, in 1836, intestate,

and that no successor in the said trusts has been appointed. The children of the complainants are the only defendants. The bill prays that a new trustee may be appointed.

One of the defendants demurred to the bill, on the ground, that it appears by the bill that the heirs at law of Hannah Hart, deceased, ought to be made parties.

*Beasley*, in support of the demurrer, cited *Hill* on trustees, 303; 2 *P. Wms.*, 626, 736; 1 *Barnw. & Ald.*, 605; 16 *Ves.*, 27; 1 *Simons.*, 264.

S. R. Hamilton contra.

THE CHANCELLOR. The demurrer is allowed; with costs. The complainant has liberty to amend his bill by adding parties.